IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO

| | |
|---|---|
| Civil Action No.: 1:23-cv-00162-DDD-SBP | Date: April 22, 2025 |
| Courtroom Deputy:  Robert R. Keech | Court Reporter: Tammy Hoffschildt |

*Parties:*

GLADIS CASTAÑEDA on her own behalf and
on behalf of all others similarly situated,

    Plaintiff,

v.

LOS DOS POTRILLOS LLC,
LOS DOS POTRILLOS HIGHLANDS RANCH LLC,
LOS DOS POTRILLOS LITTLETON LLC,
LOS DOS POTRILLOS PARKER LLC,
LOS DOS POTRILLOS COCINA Y CANTINA -
NORTHGLENN LLC,
LOS DOS POTRILLOS COCINA Y CANTINA -
SOUTHLANDS LLC,
JOSE LUIS RAMIREZ,
LUIS RAMIREZ, and
DANIEL RAMIREZ,

    Defendants.

*Counsel:*

Brandt P. Milstein
Andrew H. Turner

Christian M. Gunneson

## COURTROOM MINUTES

**FAIRNESS HEARING**

**1:33 p.m.**    **Court in session.**

Appearances of counsel. Mr. Gunneson appears via video conference (VTC).

[69] Joint Motion for Final Approval of Class and Collective Action Settlement is raised for argument.

1

| | |
|---|---|
| 1:37 p.m. | Argument by counsel. |
| **ORDERED:** | [69] Joint Motion for Final Approval of Class and Collective Action Settlement is **TAKEN UNDER ADVISEMENT.** |
| | Court indicates that a written order shall follow. |
| 1:57 p.m. | **Court in recess. <u>Hearing concluded. Total in court time:  :24</u>** |