IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00162-DDD-SBP

GLADIS CASTAÑEDA, on her own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

LOS DOS POTRILLOS LLC;
LOS DOS POTRILLOS HIGHLANDS RANCH LLC
LOS DOS POTRILLOS LITTLETON LLC;
LOS DOS POTRILLOS PARKER LLC;
LOS DOS POTRILLOS COCINA Y CANTINA - NORTHGLENN LLC;
LOS DOS POTRILLOS COCINA Y CANTINA - SOUTHLANDS LLC;
JOSE LUIS RAMIREZ;
LUIS RAMIREZ; and
DANIEL RAMIREZ,

    Defendants.

---

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed #, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

    ORDERED that judgment is hereby entered in favor of Plaintiffs, and against Defendants, as outlined in the Settlement Agreement (Doc. 54-1). It is further

    ORDERED that the Court will retain jurisdiction for enforcement of the Settlement Agreement.

DATED at Denver, Colorado this 28th day of April, 2025.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk